**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: S.L.K., A MINOR | : No. 368 EAL 2015 |
| | : |
| | : |
| PETITION OF: H.C., FATHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.